IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

        Plaintiff,                      No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR.,et al.,

        Defendants.              <u>ORDER</u>

_____/

        On September 7, 2005, defendant filed a "joinder of defenant [sic] Merle Sooge, M.D. to defendants Williams, Douglas and Williams non-opposition to plaintiff's request for extension of time; request for modification of scheduling order." That document was not served on plaintiff as required by Fed. R. Civ. P. 5.

        On August 30, 3005, plaintiff filed a request for extension of time to respond to defendant's interrogatories. Good cause appearing, this request is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days of the date of this order, defendant shall file proof of service of his September 7, 2005, pleading on plaintiff.

/////

/////

1     2.  Plaintiff's August 30, 3005, request for extension of time is granted; plaintiff's
2 responses to defendant's interrogatories are due on or before September 30, 2005.
3 DATED:   9/19/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
lond0067.35