IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

    Plaintiff,                    No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On September 9, 2005, plaintiff filed a request for extension of time to complete discovery. Pursuant to the July 18, 2005, scheduling order, the discovery cut-off date is October 21, 2005. This order also provides that all discovery requests are to be served at least sixty days prior to the date. Plaintiff requests that he be permitted to serve defendants with discovery requests on or before September 21, 2005.

        On September 20, 2005, defendants Williams, Williams and Douglas filed a statement of non-opposition to the request and a request to modify the scheduling order. On September 26, 2005, defendant Sogge filed a joinder in the non-opposition filed by the other defendants.

        Good cause appearing, the court will grant plaintiff's request and modify the scheduling order.

1

1     Accordingly, IT IS HEREBY ORDERED that:
2         1. Plaintiff's September 12, 2005, request for extension of time is granted;
3         2. The discovery cut-off date of October 21, 2005, is vacated and re-set for
4   December 12, 2005; all discovery requests must be served at least sixty days prior to the date;
5         3. The pretrial motion cut-off date of December 16, 2005, is vacated and re-set
6   for February 27, 2006.
7   DATED:   9/29/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

11  GGH:kj
    lon67.sch

2