IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

       Plaintiff,               No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

       Defendants.        <u>ORDER</u>

_____/

       Defendants have requested a thirty day extension of time to file and serve responses to plaintiff's request for admissions.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Defendants' October 11, 2005 request for an extension of time is granted; and

       2.  Defendants' responses to plaintiff's request for admissions are due on or before November 11, 2005.

DATED: 10/20/05

                      /s/ Gregory G. Hollows

                      _____

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
lond0067.36