IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

    Plaintiff,                     No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.             ORDER

_____/

        On October 3, 2005, plaintiff filed an ex parte request for medical records. Plaintiff states that in discovery requests, defendants have asked plaintiff for copies of his medical records. Plaintiff states that prison officials have not responded to his request for copies of these records. Plaintiff requests that the court order prison officials to provide plaintiff with these records so that he may comply with defendants' discovery requests.

        If plaintiff is unable to obtain his medical records from prison officials, he shall inform defendants of this situation in his response to their discovery request. In other words, if plaintiff cannot obtain his medical records without a court order then the records are not within his possession and he is unable to comply with defendants' request.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 3, 2005, request
2  for medical records is denied.
3  DATED:   10/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
lon67.dis