IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

        Plaintiff,                      No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's second request for an extension of time to conduct discovery.

        On September 30, 2005, the court granted plaintiff's first request for extension of time to conduct discovery. The court extended the October 21, 2005, discovery cut-off date to December 12, 2005. The court ordered that all discovery requests must be served at least sixty days prior to this date.

        In the pending request, plaintiff states that he served defendants with his discovery requests sixty days prior to December 12, 2005. Plaintiff states that after receiving defendants' responses, he will need additional time to submit additional discovery requests upon defendants in order to clarify and "expound on" the responses. The court will not grant plaintiff an

extension of time to serve defendants with further discovery.  If plaintiff is dissatisfied with defendants' responses to his discovery requests, he may file a timely motion to compel.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 14, 2005, request for extension of time to complete discovery is denied.

DATED:   12/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
lon67.den(2)