IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LONDON,

      Plaintiff,                    No. CIV S-04-0067 GEB GGH P

   vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.             ORDER

_____/

        On December 2, 2005, defendants filed a second request for extension of time to respond to plaintiff's discovery requests. Good cause appearing, this request will be granted. Defendants' responses are due on or before January 18, 2006. Plaintiff will be permitted to file motions to compel, if appropriate, as to the responses to these requests within thirty days of that date.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' December 2, 2005, request for extension of time is granted; defendants' responses to plaintiff's discovery requests are due on or before January 18, 2006; plaintiff may file motions to compel, if appropriate, as these responses within thirty days of that date;

/////

1

1  2. The pretrial motion cut-off date of February 27, 2006, is vacated and re-set for April 28, 2006;

3. The pretrial conference set for March 31, 2006, is vacated and re-set for September 1, 2006; plaintiff's pretrial statement is due on or before August 10, 2006; defendants' pretrial statement is due on or before August 24, 2006.

4. The jury trial set for June 20, 2006, before the Honorable Garland E. Burrell is vacated and will be re-set at a later date.

DATED: 12/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
lon67.eot(2)