IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

        Plaintiff,                2:04-cv-0067-GEB-GGH-P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On November 15, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 27, 2005, denying plaintiff's request for medical records. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1          Therefore, IT IS HEREBY ORDERED that, upon
2    reconsideration, the order of the magistrate judge filed
3    October 27, 2005, is affirmed.
4    DATED:  December 19, 2005
5                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
6                                    United States District Judge