IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

    Plaintiff,                               No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                       ORDER

_____/

        On July 24, 2006, defendants filed a request for an extension of time to comply with the portion of the June 28, 2006, order requiring them to file under seal a response to interrogatory no. 2.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 24, 2006, request for extension of time is granted;

        2. Defendants' response to interrogatory no. 2., filed under seal, is due within thirty days of the date of this order.

DATED: 8/2/06

                                                 /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

lon67.eot

1