IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LONDON,

        Plaintiff,                      No. CIV S-04-0067 GEB GGH P

     vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.              ORDER

_____/

        Defendants Brett Williams, M.D., Debrina Williams and William Glen Douglas, M.D., have requested that they be relieved from filing a pretrial statement pursuant to Local Rule 16-281 and that the dates for the pretrial conference in this matter be vacated until such time as these defendants' and defendant Sogge's pending motions for summary judgment have been ruled upon.

        Good cause appearing, IT IS HEREBY ORDERED that the parties are relieved from filing a pretrial statement; and the dates for the pretrial conference in this matter are vacated.

DATED: 8/29/06                              /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:bb
lond0067.vacpts