IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

        Plaintiff,                    No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On May 18, 2006, the court granted, in part, plaintiff's February 13, 2006, motion to compel. In particular, the court ordered defendant to respond to interrogatory no. 2 which asked, "Please state with particularity why your staff privileges were terminated at Sutter-Roseville Medical Center."

        On June 5, 2006, defendant filed a request for clarification and reconsideration of this order addressed to the undersigned. On June 29, 2006, the court ordered defendant to file under seal a declaration briefly stating when his privileges were terminated and why. The court stated that it would issue further orders following its review of defendant's declaration.

        On September 11, 2006, defendant filed, under seal, the declaration addressing why his staff privileges were terminated and why. After reviewing this document, the court finds that the information sought by plaintiff in interrogatory no. 2 is not sufficiently relevant to the

1

1  claims or defenses in this action.  Accordingly, plaintiff's motion to compel as to this
2  interrogatory is denied.
3          Accordingly, IT IS HEREBY ORDERED that plaintiff's February 13, 2006,
4  motion to compel a further response to interrogatory no. 2 is denied.
5  DATED: 9/26/06

                                        /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

8  GGH:kj
   lon67.dis