IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. LONDON,

    Plaintiff,                    No. CIV S-04-0067 GEB GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has requested an extension of time to file his objections to the February 27, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's February 27, 2007 request for an extension of time is granted; and

    2. Plaintiff's objections are due on or before March 20, 2007.

DATED: 3/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
lond0067.36